Argued June 20, affirmed June 20, petition for rehearing denied
July 25, petition for review denied September 26, 1972

STATE OF OREGON, *Respondent, v.* RICHARD
MICHAEL HOWARD (No. 40292), *Appellant.*

497 P2d 1216

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

AFFIRMED FROM THE BENCH.